# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHRISTINA RENEA BURNSIDE, </br>     Plaintiff, </br> v. </br> NANCY A. BERRYHILL, Acting </br> Commissioner of the Social Security </br> Administration, </br>     Defendant. | No. 3:17-CV-0324-D |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

It is further ordered that plaintiff's motion for summary judgment is denied, the Commissioner's cross-motion for summary judgment is granted, and the final decision of the Commissioner is affirmed.

**SO ORDERED**.

December 27, 2017.

                                              SIDNEY A. FITZWATER </br>
                                              UNITED STATES DISTRICT JUDGE